

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00024-CV

_____

IN RE JEFFERY C. ARNIER SR., Relator

---

Original Proceeding
Probate Court No. 2 of Tarrant County, Texas
Trial Court No. 2019-GD00160-2

---

Before Womack, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered "Relator's Motion for Voluntary Dismissal" and is of the opinion that the petition should be dismissed.  Accordingly, Relator's petition for writ of mandamus is dismissed.

Per Curiam

Delivered:  March 31, 2021